**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Frank Walworth

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WALWORTH,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCHANGE VACATION CLUB,<br><br>Defendant. | **Case No.:** CV16-106 AG (KESx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. ANDREW J. GUILFORD** |

///
///
///
///
///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff FRANK WALWORTH ("Plaintiff") and Defendant GLOBAL EXCHANGE VACATION CLUB ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Defendant with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Defendant be vacated and that the Court set a deadline on or after December 14, 2016 for filing a Joint Dismissal.

Dated: December 1, 2016               Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 1st day of December, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker

---

**NOTICE OF SETTLEMENT**               PAGE 1 OF 1